In the Matter of the Petition of THOMAS VOKE et al., Respondents, for Surplus Moneys.

JOHN W. WINTER, Appellant.

*Matter of Voke*, 118 App. Div. 917, appeal dismissed.
(Argued September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 19, 1907, which affirmed an order of Special Term directing distribution of certain surplus moneys arising upon the foreclosure of a mortgage.

The motion was made upon the ground that the appellant had failed to perfect the appeal by filing the required undertaking.

*George Barrow* for motion.

*Martin F. Dillon* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.

---

In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands Required for the Opening of East One Hundred and Seventy-eighth Street from Creston Avenue to Ryer Avenue.

CHARLOTTE ASCHENBRENNER, Appellant; THE CITY OF NEW YORK et al., Respondents.

(Submitted September 30, 1907; decided October 8, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 188 N. Y. 581.)